IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| PATRICK PARRIS, | § | |
| :--- | :--- | :--- |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-00200-K |
| | § | |
| NATIONSTAR MORTGAGE LLC, | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant's Motion for Summary Judgment is **GRANTED IN PART**. Plaintiff's claim under the Real Estate Settlement Procedures Act is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Signed September 6th, 2017.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE